DICKINSON WRIGHT PLLC
Cindy A. Villanueva
Arizona Bar No. 028163
Email: CVillanueva@dickinsonwright.com
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
Tel:    602-285-5000
Fax:    844-670-6009

John L. Krieger (*pro hac vice to be submitted*)
Nevada Bar No. 6023
Email:  JKrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

*Attorneys for Plaintiff*
*KeyState Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KeyState Holdings, LLC, a Nevada limited liability company, | CASE NO. |
| Plaintiff, | **COMPLAINT FOR CYBERSQUATTING** |
| v. | (***IN REM* RELIEF**) |
| <keystateholdings.com>, | |
| Defendant. | |

For its Complaint, Plaintiff KeyState Holdings, LLC ("KeyState" or "Plaintiff"),

through counsel, alleges the following:

## NATURE OF THE CASE

This is an action *in rem* against the <keystateholdings.com> domain name (the

"Defendant Domain Name") based on the Anti-cybersquatting Consumer Protection Act

("ACPA"), 15 U.S.C. § 1125(d). The Defendant Domain Name has been registered,

trafficked in, and/or used with a bad faith intent to profit from KeyState's trademarks in

violation of the ACPA. Designed to impersonate KeyState, the Defendant Domain Name

is being used to divert unsuspecting consumers to an unaffiliated fraudulent website, purposely designed to confuse consumers and potentially exposing consumers to phishing scams, identity theft, or other types of fraud. KeyState seeks injunctive relief and the transfer of the Defendant Domain Name.

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      This Court has *in rem* jurisdiction over the Defendant Domain Name pursuant to 15 U.S.C. § 1125(d)(2)(A). KeyState, through due diligence, has not been able to find a person who would have been a defendant because the identity of the registrant of the Defendant Domain Name is concealed by a privacy service. 15 U.S.C. § 1125(d)(2)(A)(ii).  Additionally, under 15 U.S.C. § 1125(d)(2)(C), the Defendant Domain Name is deemed to have its situs in this judicial district because NameCheap, Inc. ("NameCheap") – the domain name registrar – is located in Phoenix, Arizona.

3.      Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa), KeyState will give notice of the violation of its rights and of its intent to proceed *in rem* to the postal and e-mail addresses set forth in the WHOIS registration records for the Defendant Domain Name.

4.      Venue is proper in the United States District Court for the District of Arizona under 28 U.S.C. §§ 1391(b)(2) and 15 U.S.C. § 1125(d)(2) because the property – the Defendant Domain Name – is located in the District of Arizona and the entity that maintains the registration for the Defendant Domain Name – NameCheap – is located in the District of Arizona.

## PARTIES

5.      Plaintiff KeyState Holdings, LLC ("KeyState") is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada.

6.      <keystateholdings.com> is an Internet domain name registered on February 2, 2019, through domain name registrar NameCheap, utilizing a privacy service. A true and accurate copy of the WHOIS registration record for the <keystateholdings.com>

domain name is attached hereto as Exhibit 1.

## ALLEGATIONS COMMON TO ALL COUNTS

7.      KeyState provides financial services in the areas of investments, treasury, regulatory compliance, corporate governance, and risk management.

8.      KeyState has developed best practices in portfolio management, investment subsidiary services, captive management, and portfolio credit analysis.

9.      Among KeyState's many services, it also assists community banks in identifying, underwriting, placing, and managing solar tax credit investments, and financing mid-size solar power projects throughout the United States.

10.     KeyState owns the following trademark registrations:

**KEYSTATE**: (Reg. No. 4,213,761) Class 36 for financial portfolio management services; financial services, namely credit analysis, investment management; insurance services namely, captive management insurance.

**KEYSTATE**: (Reg. No. 4,213,750) Class 35 for accounting services; advisory services relating to business management and business operations.

(the KEYSTATE® Marks). Copies of the registrations for the KEYSTATE® Marks are attached as Exhibits 2 and 3. These federal trademark registrations have not been abandoned, canceled, or revoked. Moreover, these federal registrations have become incontestable through the filing of Section 8 and 15 affidavits.

11.     Since 1991, KeyState has continuously used the KEYSTATE® Marks in connection with advertising and promotion of its services in the United States and around the world.  KeyState has spent over $2 million dollars to advertise and promote the KEYSTATE® Marks in print, digital media, sponsorships, and endorsement arrangements with over twenty five industry associations, and on the Internet through the KeyState website, located at <key-state.com>. A true and accurate copy of the <key-state.com> website is attached hereto as Exhibit 4.

12.     KeyState has made extensive use of the KEYSTATE® Marks on, among

other things, signage and promotional materials. Based on its federal trademark registrations and extensive use, KeyState owns the exclusive right to use the KEYSTATE® Marks in connection with financial services and related goods and services.

13.    The KEYSTATE® Marks are distinctive for financial services and related goods and services.

14.    On February 2, 2019, the registrant of the Defendant Domain Name registered <keystateholdings.com> with NameCheap, a registrar of domain names, utilizing a privacy service. The <keystateholdings.com> domain name unequivocally contains the KEYSTATE® Marks.

15.    Sometime after registration, the registrant of the Defendant Domain Name linked <keystateholdings.com> to a website purportedly offering financial and investment services, including financing for solar projects by "identify[ing] and facilitate[ing] the tax advantages." A true and accurate copy of the <keystateholdings.com> website home page and "Services" page are attached as Exhibit 5.

16.    The Defendant Domain Name not only used the KEYSTATE® Marks in the domain name, but also included references to KeyState's physical address, KeyState's Nevada Secretary of State Entity ID, and Nevada Business ID in the footer of each page of the website.  Upon information and belief, the registrant included this information on the website to add a false sense of legitimacy to the site and to intentionally confuse consumers into believing both sites are operated and approved by KeyState, when they are not. *See* Ex. 5.



17.     In what can only be a further attempt to legitimize the infringing website, the registrant of the Defendant Domain Name also audaciously added a copyright designation to the footer of the website linked to the <keystateholdings.com> domain name, which reads Copyright ©2021 KeyState Holdings All Rights Reserved." *See* Ex. 5.

18.     Given the registrant's blatant unauthorized use of the KEYSTATE® Marks, KeyState's address physical address, KeyState's Nevada Secretary of State Entity ID, Nevada Business ID, and copyright designation, there is no question the registrant of the Defendant Domain Name registered and is using it in bad faith, and is attempting to create an association between the Defendant Domain Name, the associated website, and KeyState.

19.     KeyState already has evidence the registrant's bad faith and fraudulent efforts have been successful. On June 29, 2021, an individual claiming to be a customer came to KeyState's offices, and provided evidence he had lost $231,000.00 through the <keystateholdings.com> website.

20.     Setting aside the fraud designed to harm consumers, which is significant, KeyState will also suffer harm to its reputation, including with federal and state regulators, as well as law enforcement.

21.     The registrant of the Defendant Domain Name has a bad faith intent to profit off of KeyState's valuable trademarks and goodwill.

22.     The registrant of the Defendant Domain Name registered the <keystateholdings.com> domain name without KeyState's consent.

23.     Upon information and belief, the registrant of the Defendant Domain Name has no prior use of <keystateholdings.com> in connection with the bona fide offering of any goods or services.

24.     Upon information and belief, the registrant of the Defendant Domain Name has made no bona fide non-commercial or fair use of <keystateholdings.com> in a site accessible under the domain name.

25.     Upon information and belief, the registrant of the Defendant Domain Name

did not believe or have reasonable grounds to believe that the use of <keystateholdings.com> was a fair use or otherwise lawful.

### **COUNT I**
### **(Cybersquatting Under The Lanham Act, 15 U.S.C. § 1125(d))**

26.    KeyState incorporates the allegations in the preceding paragraphs as if fully set forth herein.

27.    The registrant of the Defendant Domain Name has registered, trafficked in, and/or used a domain name that is identical and confusingly similar to the KEYSTATE® Marks, which were distinctive at the time Defendant registered <keystateholdings.com> in violation of the ACPA.

28.    The registrant of the Defendant Domain Name has a bad faith intent to profit from the KEYSTATE® Marks because the registrant has no legal right to use the <keystateholdings.com> domain name, which is being used to divert consumers from KeyState's legitimate website for the purpose of commercial gain.

29.    Under the ACPA, KeyState is entitled to an order requiring the domain name registrar, NameCheap, or the .com registry, VeriSign Inc., to transfer the domain name to KeyState's registrar of choice.

30.    As a direct and proximate result of such conduct, KeyState has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

31.    KeyState has been required to retain the services of an attorney to pursue its claims and is entitled to reasonable attorneys' fees and costs incurred in the prosecution of this action.

### **PRAYER FOR RELIEF**

WHEREFORE, KeyState respectfully prays that the Court grant the following relief:

A.    A declaration that the Defendant Domain Name is a defendant *in rem*;

B.    A declaration that the Defendant Domain Name violates KeyState's rights

under 15 U.S.C. § 1125(d);

C. An order requiring VeriSign Inc. (the .com registry) and/or the NameCheap (the domain name registrar) to place the <keystateholdings.com> domain name on hold and lock for the pendency of the litigation;

D. An order requiring VeriSign Inc. and/or NameCheap to disable the name server information for the Defendant Domain Name so that it is no longer accessible to Internet users for the pendency of the litigation;

E. An order requiring the current domain name registrar to change the registrar of record for the <keystateholdings.com> domain name from the current domain name registrar to KeyState's registrar of choice, eNom, Inc.

All other relief to which KeyState is entitled.

Dated: July 12, 2021                    DICKINSON WRIGHT PLLC

                                        */s/ Cindy A. Villanieva*
                                        Cindy A. Villanueva
                                        Arizona Bar No. 028163
                                        Email: CVillanueva@dickinsonwright.com
                                        1850 North Central Avenue, Suite 1400
                                        Phoenix, AZ 85004-4568

                                        John L. Krieger (*pro hac vice to be submitted*)
                                        Email:  JKrieger@dickinsonwright.com
                                        3883 Howard Hughes Parkway, Suite 800
                                        Las Vegas, Nevada  89169-0965
                                        Tel:    702-550-4400
                                        *Attorneys for Plaintiff*
                                        *KeyState Holdings, LLC*

KeyState Holdings, LLC v.
<keystateholdings.com>

# EXHIBIT 1
# (True and Correct Copy of WHOIS for keystateholdings.com)

Home  >  Whois Lookup  >  KeyStateHoldings.com


# Whois Record for KeyStateHoldings.com

### ━ Domain Profile

| | |
|---|---|
| **Registrant** | Withheld for Privacy Purposes |
| **Registrant Org** | Privacy service provided by Withheld for Privacy ehf |
| **Registrant Country** | is |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 853 days old<br>Created on 2019-02-20<br>Expires on 2022-02-20<br>Updated on 2021-02-19 |
| **Name Servers** | JOSH.NS.CLOUDFLARE.COM (has 20,023,791 domains)<br>MONROE.NS.CLOUDFLARE.COM (has 20,023,791 domains) |
| **Tech Contact** | Withheld for Privacy Purposes<br>Privacy service provided by Withheld for Privacy ehf<br>Kalkofnsvegur 2,<br>Reykjavik, Capital Region, 101, is<br>da1eeb65f3d24ab4bea59cb262c991ad.protect@withheldforprivacy.com<br>(p) 3544212434 |
| **IP Address** | 104.21.36.171 - 384 other sites hosted on this server |
| **IP Location** | - California - San Jose - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 4 changes on 4 unique IP addresses over 7 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 6 changes on 5 unique name servers over 7 years |

### ━ Website

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |

**Response Code**    500

**Whois Record** ( last updated on 20210622 )

```
Domain name: keystateholdings.com
Registry Domain ID: 2362361959_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-02-19T18:30:22.24Z
Creation Date: 2019-02-20T10:19:25.00Z
Registrar Registration Expiration Date: 2022-02-20T10:19:25.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Withheld for Privacy Purposes
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: da1eeb65f3d24ab4bea59cb262c991ad.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Withheld for Privacy Purposes
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: da1eeb65f3d24ab4bea59cb262c991ad.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Withheld for Privacy Purposes
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: da1eeb65f3d24ab4bea59cb262c991ad.protect@withheldforprivacy.com
Name Server: josh.ns.cloudflare.com
Name Server: monroe.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-06-22T06:15:56.18Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| KeyStateHoldings.com | View Whois |
|---|---|
| KeyStateHoldings.net | Buy Domain |
| KeyStateHoldings.org | Buy Domain |
| KeyStateHoldings.info | Buy Domain |
| KeyStateHoldings.biz | Buy Domain |
| KeyStateHoldings.us | Buy Domain |

🔊  f  🐦  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2021 DomainTools

KeyState Holdings, LLC v.
<keystateholdings.com>

# EXHIBIT 2
# (True and Correct Copy of TM Reg. 4,213,761)



# United States of America
## United States Patent and Trademark Office

# KEYSTATE

**Reg. No. 4,213,761**

**Registered Sep. 25, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KEYSTATE HOLDINGS, LLC (NEVADA LIMITED LIABILITY COMPANY)
STE. 850
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: FINANCIAL PORTFOLIO MANAGEMENT SERVICES; FINANCIAL SERVICES, NAMELY, CREDIT ANALYSIS, INVESTMENT MANAGEMENT; INSURANCE SERVICES, NAMELY, CAPTIVE MANAGEMENT INSURANCE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-548,330, FILED 2-21-2012.

SUSAN RICHARDS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
accepted, the registration will continue in force for the remainder of the ten-year period, calculated
from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

KeyState Holdings, LLC v.
<keystateholdings.com>

# EXHIBIT 3
# (True and Correct Copy of TM Reg.
# 4,213,750)

# United States of America

## United States Patent and Trademark Office

# KEYSTATE

**Reg. No. 4,213,750**

**Registered Sep. 25, 2012**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KEYSTATE HOLDINGS, LLC (NEVADA LIMITED LIABILITY COMPANY)
STE. 850
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: ACCOUNTING SERVICES; ADVISORY SERVICES RELATING TO BUSINESS MANAGEMENT AND BUSINESS OPERATIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-548,212, FILED 2-21-2012.

SUSAN RICHARDS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

KeyState Holdings, LLC v.
<keystateholdings.com>

# EXHIBIT 4
# (True and Correct Copy of key-state.com website)



**KeyState**
THE KEYSTATE COMPANIES

BANK SERVICES          CORPORATE SERVICES          ABOUT          CONTACT          NEWS

CLIENT LOGIN ❯

# We only answer to **you**

KeyState is not a broker dealer and makes investment decisions that
provide our clients with the maximum value.
pledge to exceed our client's expectations.

## General Market Muni Subsidiary

Learn about the potential benefits of a General Market Muni Subsidiary



LEARN MORE ❯

## Captive Management Services

KeyState Captive Management runs the largest and fastest growing captive program for community banks in the country.



LEARN MORE ❯

## SIGN UP FOR OUR KEYSTATE NEWSLETTER

ENTER YOUR EMAIL

**SIGN UP**



KeyState Holdings, LLC v.
<keystateholdings.com>

# EXHIBIT 5
# (True and Correct Copy of  home page and services page at keystateholdings.com)

**KEYSTATE HOLDINGS**

Select Language

Powered by Google Translate

HOME   ABOUT   SERVICES   WHAT WE DO   NEWS   CONTACT US

SIGN IN   CREATE ACCOUNT

# The potential of Renewable Energy is immense.

When there's a huge solar energy spill, it's just called a nice day

LEARN MORE    CREATE ACCOUNT

| | BTC/USD | 33110.00 | -146.11 (-1.23%) | ETH/USD | 2027.91 | -111.03 (-5.19%) | S&P 500 | 4386.5 | -11.3 (-0.23%) | Nasdaq 100 | 14875.0 | -86.4 (-0.79%) | EUR/USD | 1.18569 | -0.00177 (-0.15%) | BTC/USD | 33110.00 | |

## Many ways to invest, one place to do it.



**VALUE INVESTING**
Bitcoin is cash with wings. It is a technological tour de force, it is the currency of resistance.

**CRYPTO TRUST**
The relative success of the Bitcoin proves that money first and foremost depends on trust. Neither gold nor bonds are needed to backup our currency

**MATHEMATICAL FRAMEWORK THAT WORKS**
We have elected to put our money and faith in a Mathematical framework that is free of politics and human error

**WHY CLEAN ENERGY**
All energy is ultimately derived from the sun and harvesting it directly through solar power seems to be the best way to transition to renewable energy.

## A relationship on your terms.
### How we work together.

Our work requires a variety of disciplines. These are the different roles we think about, when building our technology groups across the company.

**NON FARM PAYROLL**
This is a compiled name for goods, construction and manufacturing companies in the U.S.

**GOLD**
We classify gold as a specific metal that are considered rare and have high economic value compared to other metals

**BITCOIN**
Bitcoin is a Cryptocurrency, a form of electronic cash.

**RENEWABLE ENERGY**
Keystate Holdings On Renewable Energy is energy that is collected from renewable resources

**FOREX**
Forex, also known as Foreign exchange, FX or currency trading, is a decentralized global market where all the world's currencies trade



**NFP - NON FARM PAYROLL**

This is a compiled name for goods, construction and manufacturing companies in the U.S. It does not include farm workers, private household employees, or non-profit organization employees.

READ MORE

## The Knowledge of Clean Energy

Cryptography is the essential building block of independence for organizations on the internet, just like armies are the essential building blocks of states because otherwise one state just takes over another

The sun-that power plant in the sky-bathes Earth in ample energy to fulfill all the world's power needs many times over. It doesn't give up carbon dioxide emissions. It won't run out. And it's free.

Another advantage of solar energy is its safety. An enormous amount of time, money, and energy is put into keeping fossil fuel plants and nuclear plants safe. And oil spill can devastate the surrounding environment.

We are now running out of gas and oil, we must prepare quickly for a third change, to strict conservation and to the use of coal and permanent renewable energy sources, like solar power.

Gold is a great way to preserve wealth, but it is hard to move around. We do need some kinds of alternatives and Bitcoin fits the bill

Blockchain is an incorruptible digital ledger of economic transactions and can be programmed to record not just financial transactions but virtually everything of value.



Home
About
Services
Contact Us
Company Profile

News
What we do
Referral Program
Bitcoin

Non Farm Payroll
Gold
Renewable Energy
Forex
Cryptocurrency

**KEYSTATE HOLDINGS**

Copyright ©2021 KeyState Holdings. All Rights Reserved.

COMPANY NAME: Keystate Holding LLC ENTITY NUMBER: E0473242021-3 STATUS: ACTIVE BUSINESS TYPE: Domestic Limited Liability Company. BUSINESS ID: NV20213352726 FILE DATE: BOX 2021 / Keystate Holdings, LLC 701 convention center drive, suite 850 STATE: NV CITY: LAS VEGAS ZIP CODE: 89109 PO BOX: 30122

Online

Select Language
Powered by Google Translate

+17753449142

![Keystate Holdings Logo]

HOME    ABOUT    SERVICES    WHAT WE DO    NEWS    CONTACT US         SIGN IN    CREATE ACCOUNT

## Services

Keystate Holdings provides "electrical power" to commercial entities; we own the generation system, but you "own" the power. Our business strategy removes the financial barriers and risks usually associated with capital purchase and installation of leading edge technology. There are no capital cost to the client for the installation of our EnergyModule systems. We provide electricity, hot water, A/C and space heat with guaranteed deep discounts against grid power tariff rates. We invest in our suppliers to maximize the efficiency of our components and reliability of our supply system.

### Solar Energy Development.

WE believe in solar and as consumers and governments around the world strive to reduce the cost of energy and reduce the production of harmful greenhouse they will to. In one minute, the sun provides enough energy to run the world for a year, if it could only be better utilized. We are betting innovative solar companies will do just that. The efficiency and effectiveness of current renewable energy technology and projects are being Constantly evaluated for opportunities to improve them, and they are improving. We are located in Nevada, which has positioned itself, in the near term to become one of the world's leading generators of electricity, from solar energy. We are uniquely qualified, to benefit from that positioning. Our past experience in renewable energy has mostly been with wind, but we are now aggressively pursuing solar ventures as well.

We are not tied to any particular technology, and intend to provide diversified solutions to specific energy opportunities. We will utilize the best ideas and processes. However, even the best ideas and processes cannot Succeed if they are under funded, and in the energy world, not tax advantaged. We rally the financing, and provide access to end users; we procure and plan projects; we identify and facilitate the tax advantages, and as a bonus, we have the ability from our internal product demand to incubate company start-up and ensure success.

### Investment Approach

Keystate Holdings investment approach and philosophy allows us to seek our technologies and fund companies that have the potential to create and change core market segments. Our capital model and tax advantaged approach allows us a certain flexibility and continuity not otherwise enjoyed by other venture companies. We can find companies at the very early stages and stay with them long term. We provide the financing, but you will still run the company.

### Asset Management

The asset management and restructuring department of Keystate Holdings maintains an active oversight responsibility for itself and various other clients. We have client agreement and are committed to reducing the multi-million dollar energy cost of these assets. This is our main source of a rapidly growing internal demand for renewable energy. As a bonus our asset management professionals are equity financing and tax advantage experts and can provide that service to all of our partners.

## How we work together

Our work requires a variety of disciplines. These are the different roles we think about, when building our technology groups across the company.



| NON FARM PAYROLL | GOLD | BITCOIN |
|---|---|---|
| This is a compiled name for goods, construction and manufacturing companies in the U.S. it does not include farm workers, private household employees, or non-profit organization employees. | We classify gold as a specific metal that are considered rare and have high economic value compared to other metals | Bitcoin is a Cryptocurrency, a form of electronic cash. It is a decentralized digital currency without a central bank or single administrator that can be sent from user to user on the peer-to-peer bitcoin network without the need for intermediaries. |
| RENEWABLE ENERGY | FOREX | |
| Keystate Holdings On Renewable Energy is energy that is collected from renewable resources, which are naturally replenished on a human timescale, such as Sunlight, Wind, Rain, Waves, Tides and geothermal heat. | Forex, also known as Foreign exchange, FX or currency trading, is a decentralized global market where all the world's currencies trade | |



### Why invest with Key State Holdings?

Keystate Holdings choose accounts depending on the type of financial foundation they want to build. Trade with absolute calmness and serenity of mind, trade with caution and accuracy to make the very best out of your investment.

- Fast, easy to use web platform
- Invest and grow your money
- Tight spreads, fast execution and a

- Investing gives you a chance, to have the opportunity of increasing your financial worth
- The company has developed

---

HOME    ABOUT    SERVICES    WHAT WE DO    NEWS    CONTACT US         SIGN IN    CREATE ACCOUNT

- Invest and meet your financial goals
- Uttermost care and accuracy in trading
- Risk and reward ratio is easy to manage.
- Investing with Keystate allows you put your money in vehicles that have the potential to earn strong rates of return.

- The team includes experienced technology driven traders and analysts
- Our mission is to be the enterprise solution to financial stability and steady growth
- We are the mobile solution for millennials wanting to invest in the stock market.

## Investment Packages

Our work requires a variety of disciplines. These are the different roles we think about, when building our technology groups across the company.



| STARTER | PROFESSIONAL | KEYSTATE ADVANCED |
|---|---|---|
| $1,000 - $49,999 | $50,000 - $99,999 | $100,000 - $199,999 |
| 20% MONTHLY | 25% MONTHLY | 30% MONTHLY |
| Invest in our starter investment plan to earn 20% monthly | invest in our Professional investment plan to earn 25% monthly | invest in our Keystate Advanced investment plan to earn 30% monthly |
| ULTIMATE | LEAD | |
| $200,000 - $1,000,000 | $100 - $999 | |
| 35% MONTHLY | 20% MONTHLY | |
| Invest in our Ultimate investment plan to earn 35% monthly. | Lead and earn with Keystate Holdings | |



Home
About
Services
Contact Us
Company Profile

News
What we do
Referral Program
Bitcoin

Non Farm Payroll
Gold
Renewable Energy
Forex
Cryptocurrency

![Keystate Holdings Logo]

Copyright @2021 Keystate Holdings. All Rights Reserved.

COMPANY NAME: Keystate Holding, LLC ENTITY NUMBER: E04T52450 H 8 STATUS: ACTIVE STATUS TYPE: Domestic Limited Liability Company. BUSINESS ID: ... FILE DATE: 8/24/2021 Keystate Holdings, LLC 121 convention center drive, suite 680 STATE: NV CITY: LAS VEGAS ZIP-CODE: 89109 P.O.BOX: 90002

Online