# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KeyState Holdings LLC, | No. CV-21-01213-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| keystateholdings.com, | |
| Defendant. | |

UPON CONSIDERATION of the motion filed by Plaintiff KeyState Holdings, LLC ("Keystate") for an ex parte temporary restraining order (Doc. 4) to place <keystateholdings.com> domain name (the "Defendant Domain Name") registration on hold and lock, as well as the its request for an order requiring the registrant of the Defendant Domain Name to be unmasked, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

KeyState will suffer irreparable injury if the Court does not require VeriSign, Inc. ("VeriSign"), the .com registry, and/or NameCheap, Inc. ("NameCheap"), the domain name registrar, to place the infringing <keystateholdings.com> domain name on hold and lock pending litigation of this matter;

KeyState is likely to succeed on the merits of its claim for cybersquatting under the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) because KeyState has

demonstrated that the registrant of the Defendant Domain Name registered the <keystateholdings.com> domain name with a bad faith intent to profit from the KEYSTATE® Marks, which were distinctive at the time the registrant registered the <keystateholdings.com> domain name;

The balance of hardships tips in favor of KeyState because issuance of the temporary restraining order without notice would merely place the infringing <keystateholdings.com> domain name on hold and lock pending trial and failure to issue the restraining order would cause KeyState to suffer and incur additional expense in having to file additional lawsuit(s) if the domain name were to be transferred to other registrants during the pendency of this action;

It is critical the registrant's identity be unmasked and revealed by the registrar so as to facilitate the just, speedy, and inexpensive determination of this case,

**THEREFORE, IT IS HEREBY ORDERED THAT**, pending a full trial on the merits:

A. The <keystateholdings.com> domain name shall be immediately placed on hold and lock by VeriSign and/or NameCheap.

B. VeriSign and/or NameCheap shall immediately disable the domain name server information for the <keystateholdings.com> domain name rendering the domain name inaccessible for the pendency of the litigation.

C. NameCheap is directed to unmask the registrant's identity and reveal all contact information provided by the registrant in registering the <keystateholdings.com> domain name, including, but not limited to, name, physical and email addresses, and phone number(s) and provide the same to KeyState in no less than five (5) business days from the date of this order.

D. A nominal bond of $100 shall be required because the evidence indicates that the registrant of the Defendant Domain Name will only suffer, if at all, minimal damage by the issuance of this temporary restraining order and injunction.

# ORDER SETTING HEARING FOR
# PRELIMINARY INJUNCTION WITH NOTICE

UPON CONSIDERATION of the motion filed by KeyState for a preliminary injunction the supporting points and memorandum of authorities, the supporting declarations and evidence, record in this case, and for good cause shown,

In addition, to ensure the registrant of the Defendant Domain Name receives timely notice of the hearing, given that the registrant of the Defendant Domain Name must maintain accurate contact information with the domain name registrar, KeyState may serve the Motion, this Order, and all other pleadings filed to date, on the registrant by e-mail to the e-mail address currently provided in the WHOIS information associated with the <keystateholdings.com> domain name registration, da1eeb65f3d24ab4bea59cb262c991ad.protect@withheldforprivacy.com.

THE COURT HEREBY sets the oral argument for Plaintiff's motion for a preliminary injunction on **July 20, 2021 at 1:30 p.m.** to be held before Judge McNamee in Courtroom 401 at the United States District Court District of Arizona – Phoenix Division, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, AZ 85003-2118.

Dated this 13th day of July, 2021.

Honorable Susan M. Brnovich
United States District Judge

cc: Judge McNamee